RECEIVED

MAY 03 2022

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

CLERK
MINNEAPOLIS DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Plaintiff(s),

vs. Tara Mayfield

Case No. 22-cv-1178 KMM/TNL
(To be assigned by Clerk of District Court)

**DEMAND FOR JURY TRIAL**

Motel 6 + Michael Hill JR

YES ☐     NO ☐

Defendant(s).

(Enter the full name(s) of ALL defendants in
this lawsuit.  Please attach additional sheets
if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number.  Do the same for any additional plaintiffs.

   a. Plaintiff   Tara Mayfield

   Name

   Street Address   1112 SOUTH WABASH

   County, City   CHICAGO

   State & Zip Code   Ill 60605

   Telephone Number   952 454 5329 + 773 331 7461

SCANNED
MAY 03 2022
U.S. DISTRICT COURT MPLS

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a. Defendant No. 1

Name: MOTEL u HOTEL MS: SHIRLEY + BED HAIR Female + General worker manager James

Street Address: 2741 FREEWAY BLVD

County, City: BROOKLYN CENTER

State & Zip Code: MINNESOTA

b. Defendant No. 2

Name: MICHAEL HILL JR NYQUAN Hill - MAYFIELD FATHER

Street Address: 4251 MONROE St NORTH EAST

County, City: COLUMBIA HEIGHT

State & Zip Code: MINNESOTA 55421

c. Defendant No. 3

Name: STEPHANIE Antwine + Michael Hill PARENTS OF MICHAEL

Street Address: 3215 JOHNSON St. NORTH EAST

County, City: COLUMBIA HEIGHT

State & Zip Code: MINNESOTA

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached: ☑**
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Question ☐ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

Jan 28. 2022 up until Jan 30 2022 FEB 2-4 2022
29 PAID FOR BY michael only PAID FOR BY TARA
Father DAY VISIT 805.00 Stolen 2021

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff Name: TARA MayField    State of Citizenship: CHICAGO

Defendant No. 1: MOTEL 6 Hotel    State of Citizenship: BROOKLYN Center

Defendant No. 2: Michael Hill JR    State of Citizenship: Columbia Height

**Attach additional sheets of paper as necessary and label this information as paragraph 5.**
**Check here if additional sheets of paper are attached.** ☑

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

☑ Defendant(s) reside in Minnesota ☑ Facts alleged below primarily occurred in Minnesota

☑ Other: explain

FULL REFUND REQUESTED ASAP
SOME ONE HID INSIDE BOTH ROOM PICK POCKET
I complained $500.00 plus 3 DAY REFUND
PAID FOR ROOM
FALSE POLICE REPORT made in my name

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

3

separately, beginning with number 7.  Please write each single set of circumstances in a separately numbered paragraph.

7.

800.00 FATHER DAY 2021
STolen out my purse + Room Rented Fee
total 1700.00

FEBUARY 2022 800.00 + 3 DAY no Refund
Paid FoR Room by TARA Mayfield under
Michael Hill JR Reservation they were
tryen to lie about FoR False cASe OF
my son NyQuan

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☑
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**


REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

$800.00 Ruin Birthday 3 day Refund paid
FoR Room did not Recieve Refund
False police Report made in my name
against Michael Hill JR I would not
take blame FoR I spoke too both his
PARents in Respect about

4

Signed this _TM_    day of _MAY 2 2022_

Signature of Plaintiff  _Tara Mayfield_

Mailing Address  15 EAST GRANT St # APt 904
MINNEAPOLIS Minnesota

Telephone Number  952 454 5329   c/o COUSIN
                                        DARRell
773 331 - 7461        Miller
                              612 403 2416

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number.  Attach additional sheets of paper as necessary.